UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

THE TRAVELERS INDEMNITY COMPANY,

                Plaintiff,

          -against-

ACCREDITED SURETY AND CASUALTY COMPANY, INC.,

                Defendant.

**ORDER**

22 Civ. 3641 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for July 21, 2022 will instead take place on **July 28, 2022 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 20, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge