UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>                       Plaintiff,<br><br>     -against-<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, INC.,<br><br>                      Defendant. | **ORDER**<br><br>22 Civ. 3641 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for July 28, 2022 will instead take place on **August 25, 2022 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge